## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     2,774.50

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS     650.00

3. BEGINNING BALANCE:     2,124.50

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing
   Accounts Receivable - Pre-filing
   General Sales
   Other (Specify)
   **Other (Specify)

   TOTAL RECEIPTS THIS PERIOD:     0.00

5. BALANCE:     2,124.50

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)     0.00
   Disbursements (from page 2)     0.00

   TOTAL DISBURSEMENTS THIS PERIOD:***     0.00

7. ENDING BALANCE:     2,124.50

8. General Account Number(s):

   Depository Name & Location:

## IX. PROFIT AND LOSS STATEMENT
### (ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| | | |
| **Gross Profit** | 0.00 | 0.00 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 0.00 | 0.00 |
| | | |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | 0.00 | 650.00 |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 650.00 |
| | | |
| **NET INCOME/(LOSS)** | 0.00 | (650.00) |

(Attach exhibit listing all itemizations required above)

X  BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 2,124.50 | |
| Restricted Cash | | |
| Accounts Receivable | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Itemize) | 1,041,000.00 | Long-term equity investments |
| Total Current Assets | | 1,043,124.50 |
| | | |
| Property, Plant, and Equipment | | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) | | |
| Total Other Assets | | 0.00 |
| | | |
| TOTAL ASSETS | | 1,043,124.50 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | 0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | | |
| Unsecured Liabilities | | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 0.00 |
| TOTAL LIABILITIES | | 0.00 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | 1,043,774.50 | |
| Post-petition Profit/(Loss) | (650.00) | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | 1,043,124.50 |
| | | |
| TOTAL LIABILITIES & EQUITY | | 1,043,124.50 |

**BANK OF AMERICA** 〰️

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 Customer service: 1.888.400.9009

✏️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, Florida  33622-5118

HYT NORTH AMERICA INC
DEBTOR IN POSSESSION CASE 20-11507
3315 COMMERCE PKWY
MIRAMAR, FL  33025-3954

# Your Full Analysis Business Checking

for July 1, 2021 to July 31, 2021                               Account number: ████ 9450

**HYT NORTH AMERICA INC       DEBTOR IN POSSESSION CASE 20-11507**

## Account summary

| | | |
|---|---|---|
| Beginning balance on July 1, 2021 | $2,124.50 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 31 |
| Checks | -0.00 | Average ledger balance: $2,124.50 |
| Service fees | -0.00 | |
| **Ending balance on July 31, 2021** | **$2,124.50** | |