UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br>HNA, Inc.<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number: 8:k-bk-11509-ES<br>Operating Report Number: 15<br>For the Month Ending: 8/31/2021 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

| | | |
|---|---|---:|
| 1. | TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 2,774.50 |
| 2. | LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 650.00 |
| 3. | BEGINNING BALANCE: | 2,124.50 |
| 4. | RECEIPTS DURING CURRENT PERIOD: | |
| | Accounts Receivable - Post-filing | |
| | Accounts Receivable - Pre-filing | |
| | General Sales | |
| | Other (Specify) | |
| | **Other (Specify) | |
| | TOTAL RECEIPTS THIS PERIOD: | 0.00 |
| 5. | BALANCE: | 2,124.50 |
| 6. | LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | |
| | Transfers to Other DIP Accounts (from page 2)   0.00 | |
| | Disbursements (from page 2)   0.00 | |
| | TOTAL DISBURSEMENTS THIS PERIOD:*** | 0.00 |
| 7. | ENDING BALANCE: | 2,124.50 |
| 8. | General Account Number(s): | |
| | Depository Name & Location: | |

## IX. PROFIT AND LOSS STATEMENT
### (ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| **Gross Profit** | 0.00 | 0.00 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 0.00 | 0.00 |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | 0.00 | 650.00 |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 650.00 |
| **NET INCOME/(LOSS)** | 0.00 | (650.00) |

(Attach exhibit listing all itemizations required above)

# X. BALANCE SHEET
### (ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---:|---|
| Current Assets: | | |
| Unrestricted Cash | 2,124.50 | |
| Restricted Cash | | |
| Accounts Receivable | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Itemize) | 1,041,000.00 | Long-term equity investments |
| Total Current Assets | | 1,043,124.50 |
| | | |
| Property, Plant, and Equipment | | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) | | |
| Total Other Assets | | 0.00 |
| **TOTAL ASSETS** | | **1,043,124.50** |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | 0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | | |
| Unsecured Liabilities | | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 0.00 |
| **TOTAL LIABILITIES** | | **0.00** |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | 1,043,774.50 | |
| Post-petition Profit/(Loss) | (650.00) | |
| Direct Charges to Equity | | |
| **TOTAL EQUITY** | | **1,043,124.50** |
| **TOTAL LIABILITIES & EQUITY** | | **1,043,124.50** |



P.O. Box 15284
Wilmington, DE 19850

HYT NORTH AMERICA INC
DEBTOR IN POSSESSION CASE 20-11507
3315 COMMERCE PKWY
MIRAMAR, FL  33025-3954

**Customer service information**

☐ Customer service: 1.888.400.9009

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, Florida  33622-5118

# Your Full Analysis Business Checking

for August 1, 2021 to August 31, 2021                Account number:            9450

HYT NORTH AMERICA INC    DEBTOR IN POSSESSION CASE 20-11507

## Account summary

| | |
|---|---:|
| Beginning balance on August 1, 2021 | $2,124.50 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on August 31, 2021** | **$2,124.50** |

# of deposits/credits: 0
# of withdrawals/debits: 0
# of days in cycle: 31
Average ledger balance: $2,124.50